IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00743-MSK-CBS

ALFONSO R. FLORES,

    Plaintiff,

v.

OFFICER RICK JANDEGIAN, Leadville, P.D., and
LEADVILLE POLICE DEPARTMENT,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 9 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 19th day of May 2006.

BY THE COURT:

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00743-MSK-PAC

Alfonso R. Flores
Prisoner No. 119483
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215- 0777

US Marshal Service
Service Clerk
Service forms for: Rick Jandegian, and
The Leadville Police Department

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The U.S. Marshal Service for service of process on Rick Jandegian and The Leadville Police Department: COMPLAINT FILED 4/19/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/19/06.

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                         Deputy Clerk